United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3173
_____

Ralph Weatherwax,                          *
                                           *
          Appellant,                       *
                                           *
     v.                                    *
                                           *
Larry Greaser; Joanne Reed; Marian         *
Ortbals; Macarthur Woodruff; Urban         *
Lock; Lynda Musgrove; Carl White;          *
Randy Mobley; Jane Livengood;              *   Appeal from the United States
Amile Holmes; Carl Jarden; Roy L.          *   District Court for the
Jones; Robert Berg; Billy Galloway;        *   Western District of Missouri.
Nancy Bolin; Helen Joyce Jacobs;           *
Stanley Ruit; Terry Dunn; Speed;           *      [UNPUBLISHED]
Radar, Officer; John Callahan; Gary        *
Case; James Payne; Blair; Levoy            *
Schubbert; George Foster; Kelly            *
Malone; Henry Jones; Mike Smith;           *
Kenneth Hartley; James Weston;             *
Larry Anthony; Michael Alexander;          *
Rivers; Larkin; Miller; L. Smith,          *
                                           *
          Appellees.                       *

_____

Submitted:  April 7, 1998
     Filed:   April 10, 1998
_____

Before FAGG, BEAM, and HANSEN, Circuit Judge
_____

PER CURIAM.

Ralph Weatherwax appeals the denial of his motions for injunctive relief and the dismissal by the district court[1] of his 42 U.S.C. § 1983 action. After careful review of the record and the parties' submissions, we conclude that the magistrate judge did not exceed his authority, and that the district court did not abuse its discretion in denying Weatherwax's motions for recusal, and dismissing Weatherwax's claims pursuant to Fed. R. Civ. P. 11 and 41(b). See American Inmate Paralegal Ass'n v. Cline, 859 F.2d 59, 62 (8th Cir.), cert. denied, 488 U.S. 996 (1988); cf. Aziz v. Wright, 34 F.3d 587, 589 (8th Cir. 1994), cert. denied, 513 U.S. 1090 (1995). We also deny Weatherwax's motion on appeal for injunctive relief. Cf. Martin v. Sargent, 780 F.2d 1334, 1337 (8th Cir. 1985). Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.